IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CENTURY LEASING (U.S.A.) INC.,

Plaintiff,

vs.

JAMES L. SCHEER,

Defendant.

**4:16CV3096**

**ORDER**

After conferring with counsel for Plaintiff,[1] (Filing No. 13),

IT IS ORDERED that on or before November 6, 2017,

1)      Century shall file a properly supported Rule 55(b)(2) motion and email a proposed judgment to Judge Kopf's chambers.  See NECivR 55.1(c).

2)      If Century is requesting attorney's fees,  it shall either file an affidavit with fewer redactions than its current submission, (see, Filing No. 9-2), or it shall file a motion to seal the attorney fee affidavit.  See NECivR 7.5.

Dated this 19th day of October, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] The pro se defendant received notice of the conference call, but he did not appear at the telephonic hearing, and he did not contact the court to explain his anticipated absence or to request that the hearing be re-scheduled to a mutually available time.